# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-8394
jaweiner@jonesday.com

October 24, 2013

ELECTRONICALLY FILED VIA ECF

Judge Marilyn D. Go
United States District Court
225 Cadman Plaza East
Room 1214-S
Brooklyn, New York 11201

      Re:    Tzur v. Experian, 1:12-cv-06371-CBA-MDG (E.D.N.Y.)

Dear Judge Go:

    This letter confirms that I have not received payment from Plaintiff's counsel, Leonard Morton, of the $250.00 that he was ordered to pay as a result of his failure to appear for Rule 16 conferences on both October 2, 2013 and October 15, 2013. As you know, Plaintiff's counsel failed to appear for a third Rule 16 conference that was scheduled for October 23, 2013. Plaintiff's counsel's refusal to follow the Court's orders has wasted – and continues to waste – Experian's resources.

                                Very truly yours,

                                  Joshua A. Weiner

cc:    Michael Dailey
        Leonard Morton (Electronically via ECF and by First Class U.S. Mail)

NYI-4551068v1

ALKHOBAR • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI
DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON